# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **ANSON CHI, #44588-177** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:19cv793** |
| § | **CRIMINAL ACTION NO. 4:12cr155(1)** |
| **UNITED STATES OF AMERICA** § | |

## MEMORANDUM OPINION AND ORDER

*Pro se* Movant Anson Chi filed a motion for order of designation of record on appeal (Dkt. #95). As noted in the court's previous order (Dkt. #94), such motions are unnecessary. The United States Court of Appeals for the Fifth Circuit will request the record be sent electronically should Movant's appeal progress, at which time the Clerk of Court will forward Movant's record on appeal electronically.

Movant also filed another motion to proceed *in forma pauperis* on appeal (Dkt. #97). For the same reasons the court denied his last motion to proceed *in forma pauperis* on appeal (Dkt. #94), this motion is likewise denied.

It is therefore **ORDERED** that Movant's motion for order of designation of record on appeal (Dkt. #95) and motion for leave to appeal *in forma pauperis* (Dkt. #97) are **DENIED**.

**SIGNED this the 29th day of April, 2022.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE