IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANSON CHI, #44588-177 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19cv793 |
| | § | CRIMINAL ACTION NO. 4:12cr155(1) |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM OPINION AND ORDER

Movant filed a "Motion to Stay Proceedings" (Dkt. #107) on December 19, 2022. A review of the case shows that the court denied Movant's 28 U.S.C. § 2255 motion and dismissed his case with prejudice on November 6, 2021 (Dkt. # 81, 82). Movant subsequently appealed this court's judgment and post-judgment rulings to the United States Court of Appeals for the Fifth Circuit. *See United States v. Chi*, No. 21-40700 consolidated with No. 22-40127.

Movant also filed a "Motion to Stay Proceedings" in each of his appellate cases on December 19, 2022. *Id.*, No. 21-40700 (Dkt. #83), No. 22-40127 (Dkt. #89). Movant's appellate motions to stay are identical to the motion to stay filed in this court. On December 20, 2022, the Fifth Circuit denied Movant's requested relief. Since Movant sought the same relief at the Fifth Circuit that he is seeking in this court, and since the Fifth Circuit already denied Movant's motions, Movant's motion in this case is moot. It is therefore

**ORDERED** that Movant's "Motion to Stay Proceedings" (Dkt. #107) is **DENIED** as moot.

**SIGNED this the 13th day of February, 2023.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE